STATE OF NEBRASKA ET AL., APPELLANTS, V. OLIVER
BROTHERS, APPELLEES.

FILED JANUARY 24, 1930. No. 26997.

*Scott & Scott*, for appellants.

*Cordeal, Colfer & Russell*, contra.

Heard before GOSS, C. J., ROSE, DEAN, GOOD, THOMPSON and EBERLY, JJ., and LANDIS, District Judge.

DEAN, J.

This is a companion case to *State v. Oliver Bros., ante*, p. 302. In the present case it was stipulated and agreed by and between "the attorneys that the evidence at the hearing held under Application No. 1284 should be used as

the record of hearing under water appropriation Application No. 1285." Our decision in Application No. 1284 is controlling in this case and the judgment of the district court is therefore

AFFIRMED.